# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**QUANTERRIOUS QUAR'VON HENRY**                                    **PLAINTIFF**

v.                    Case No. 2:17-cv-00165-KGB

**CROSS COUNTY JAIL**                                              **DEFENDANT**

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects.

The Court dismisses without prejudice plaintiff Quanterrious Quar'von Henry's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of May, 2018.

                                                Kristine G. Baker
                                                United States District Judge