IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**QUANTERRIOUS QUAR'VON HENRY**                                                        **PLAINTIFF**

v.                   Case No. 2:17-cv-00165-KGB

**CROSS COUNTY JAIL**                                                                            **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Quanterrious Quar'von Henry's complaint is dismissed without prejudice (Dkt. No. 1).

So adjudged this 16th day of May, 2018.

                                                                                 Kristine G. Baker
                                                                                 United States District Judge